1

2

3

4

5

6

7                       UNITED STATES DISTRICT COURT

8                      EASTERN DISTRICT OF CALIFORNIA

9

10

SCOTT N. JOHNSON,                    )
11                                    )     2:06-cv-0344-GEB-GGH
                    Plaintiff,        )
12                                    )     ORDER CONTINUING STATUS
        v.                            )     (PRETRIAL SCHEDULING)
13                                    )     CONFERENCE
MARIE ELAYNE CALAGNA; and            )
14 DOES 1 through 10, inclusive,      )
                                      )
15                  Defendants.       )
                                      )
16

17          Plaintiff's Status Report filed May 17, 2006, states that

18 "[a]ll named parties have been served but[] have not answered."

19 (Pl.'s Status Report at 2.)  Nevertheless, Plaintiff's Status Report

20 indicates that this action may be fully scheduled.  Plaintiff has not

21 shown that the schedule he proposes should be adopted because

22 Plaintiff has not demonstrated that he is authorized to litigate this

23 action other than by way of default proceedings.  Plaintiff's Status

24 Report is devoid of any discussion of default proceedings, except for

25 the statement that "Plaintiff may submit a request for default

26 judgment if Defendant does not respond."  (Id. at 1.)  Since Plaintiff

27 has not shown that he may litigate this action apart from compliance

28 with default procedures, the Status (Pretrial Scheduling) Conference

                                      1

1  set for June 5, 2006, is rescheduled for September 25, 2006, at 9:00

2  a.m.   Plaintiff shall file a further status report no later than

3  September 11, 2006, in which he explains why this action should not be

4  dismissed for his failure to litigate using default procedures or, in

5  the alternative, how and when Plaintiff will litigate default

6  proceedings.

7          IT IS SO ORDERED.

8  Dated:  May 23, 2006

9

10                              /s/ Garland E. Burrell, Jr.
                                GARLAND E. BURRELL, JR.
                                United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28