```
 1
 2
 3
 4
 5
 6
 7                  IN THE UNITED STATES DISTRICT COURT
 8                FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
   SCOTT N. JOHNSON,                )
10                                   )    2:06-cv-0344-GEB-GGH
                    Plaintiff,       )
11                                   )    ORDER
        v.                           )
12                                   )
   MARIE ELAYNE CALAGNA, individually)
13 and as Trustee of the Calagna     )
   Survivor's Trust, described in the)
14 Calagna Family Trust, dated June 5,)
   1996, and restated in its entirety)
15 on August 12, 1997; and DOES 1    )
   through 10, inclusive,            )
16                                   )
                    Defendants.      )
17 _____    )
18
```

Plaintiff filed a Status Report on September 8, 2006, in which he states he "has received the Clerk's Entry of Default" and a motion for default judgment is noticed for hearing on September 21, 2006. (Pl.'s Status Report at 2.) Accordingly, the status (pretrial scheduling) conference scheduled for September 25, 2006, is rescheduled to commence at 9:00 a.m. on December 18, 2006. Plaintiff
/////
/////
/////
/////

1

1  shall file a further status report no later than December 4, 2006, in
2  which he explains only the status of the default matter.
3              IT IS SO ORDERED.
4  Dated:  September 14, 2006
5
6                                    /s/ Garland E. Burrell, Jr.
                                     GARLAND E. BURRELL, JR.
                                     United States District Judge